IT IS HEREBY ORDERED THAT THE CONTENTS OF THIS ENVELOPE ARE SEALED AND SHALL REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

6-9-05
DATE

S05-084 tpd/ls
USAO SEALING NO.

1:05M82A