AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JUN 09 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOHN J. CONLEY

## WARRANT FOR ARREST

CASE NUMBER: 1:05M82A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOHN J. CONLEY
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Commit wire fraud

in violation of Title 18 United States Code, Section(s) 1343

| | |
|---|---|
| Lincoln D. Almond | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 6/8/05 Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______________ by ______________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Cranston, RI by FBI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/09/2005 | Charles Wyant SDUSM | [signature] |
| DATE OF ARREST 06/09/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.